```
Edward R. Schwartz
Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
P.O. Box 7068
Pasadena, CA 91109-7068
626-795-9900
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

```
Mobile Hi-Tech Wheels and
Douglas S. Foose
```

Plaintiff(s)

v.

```
Wheel Pros, Inc.
```

Defendant(s)

CASE NUMBER:

SACV08-0332 DOC MLGx

**SUMMONS**

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

Edward R. Schwartz                                    , whose address is:

```
Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, California 91105
```

an answer to the   [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date:   **MAR 2 6 2008**

By: _Natalie Longoria_

Deputy Clerk

*(Seal of the Court)*

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I(a)  PLAINTIFFS** (Check box if you are representing yourself ☐)

Mobile Hi-Tech Wheels and
Douglas S. Foose

**DEFENDANTS**

Wheel Pros, Inc.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Edward R. Schwartz
Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
P.O. Box 7068
Pasadena, CA 91109-7068
626-795-9900

Attorneys (If Known)

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

Patent and trade dress infringement; 35 U.S.C. Section 1; et seq.; 15 U.S.C. Section 1125(a)

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determina-tion Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

SACV08-0332

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b).  RELATED CASES: Have any cases been previously filed that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above
in a, b or c also is present.

---

IX.  VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.
    Orange

List the California County, or State if other than California, in which EACH named defendant resides.    (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.
    Colorado

List the California County, or State if other than California, in which EACH claim arose.    (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

    Orange

---

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_   Date 03/25/2008
                                           Edward R. Schwartz

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

COPY

1    EDWARD R. SCHWARTZ, CA Bar No. 147553
     e-mail: ers@cph.com
2    CHRISTIE, PARKER & HALE, LLP
     350 West Colorado Boulevard, Suite 500
3    Post Office Box 7068
     Pasadena, California 91109-7068
4    Telephone: (626) 795-9900
     Facsimile: (626) 577-8800
5
     Attorneys for Plaintiffs,
6    Mobile Hi-Tech Wheels and
     Douglas S. Foose
7

FILED

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   MOBILE HI-TECH WHEELS and          Case No. **SACV08-0332 DOC**
     DOUGLAS S. FOOSE,                                         MLG
12
                    Plaintiffs,           **COMPLAINT FOR PATENT
13                                        INFRINGEMENT; TRADE
            vs.                           DRESS INFRINGEMENT; AND
14                                        COMMON LAW UNFAIR
     WHEEL PROS, INC.,                    COMPETITION; JURY DEMAND**
15
                    Defendant.
16

17

18   I.    **JURISDICTION**.

19         1.    This is an action for patent infringement in violation of the patent

20   laws of the United States, 35 U.S.C. § 1, et seq.; for trade dress infringement

21   under 15 U.S.C. § 1125(a); and for common law unfair competition.  This Court

22   has jurisdiction under 28 U.S.C. §§ 1338(a) and (b) as to the claims under federal

23   law and pursuant to 28 U.S.C. § 1267(a) for Plaintiff's claim under state law.

24         2.    Venue is proper under 28 U.S.C. §§ 1391(b) and/or (c) and 1400(b)

25   in that Defendant is subject to personal jurisdiction in this judicial district.

26   II.   **PARTIES**.

27         3.    Plaintiff Mobile Hi-Tech Wheels ("MHT") is a corporation

28   organized and existing under the laws of the State of California having a principal

1    place of business at 12300 Industry Street, Garden Grove, California 92841.

2        4.    Plaintiff Douglas S. Foose ("Foose") is an individual who resides in

3    Huntington Beach, California.

4        5.    On information and belief, Defendant Wheel Pros, Inc. is a

5    corporation organized under the laws of the State of Delaware, having a principal

6    place of business at 44 Union Boulevard, #620, Lakewood, Colorado, and which

7    does business in California and within this judicial district.

8    **III.   FACTUAL BACKGROUND.**

9        6.    Since 1986, MHT has been engaged and is presently engaged in the

10   design and distribution of custom wheels for automobiles.  MHT's products are

11   sold primarily to automobile dealers and retail distributors of automobile wheels

12   throughout the United States.

13       7.    In June 2000, MHT introduced a wheel having a novel and

14   distinctive design, which wheel was designated as the NITROUS wheel.  MHT

15   has extensively promoted its NITROUS wheel resulting in an outstanding

16   commercial success of the wheel and the design of the wheel acting as a

17   designation of an exclusive source.  As a result of MHT's efforts, the NITROUS

18   wheel has acquired a goodwill which inures to Plaintiff's benefit.  A printout from

19   MHT's web site showing Plaintiff's NITROUS wheel is attached hereto as Exhibit

20   A.

21       8.    On April 4, 2001, MHT filed an application, Serial No. 29/139,661,

22   with the United States Patent and Trademark Office to obtain a design patent on

23   its original and unique NITROUS wheel design.  The application was filed in the

24   name of Foose, the NITROUS wheel design's inventor, and was assigned to

25   MHT.  A patent for the NITROUS design entitled Vehicle-Wheel Front Face,

26   Patent Number D455,696 issued on April 16, 2002 ("the '696 Patent").  A copy of

27   the '696 Patent is attached hereto as Exhibit B.

28       9.    Notwithstanding the rights of MHT in the NITROUS wheel design,

CHRISTIE, PARKER & HALE, LLP

1    Defendant has manufactured, imported, offered for sale and/or sold vehicle
2    wheels which are a colorable imitation of the patented NITROUS design.   A
3    printout from Defendant's web site showing Defendant's infringing wheel known
4    as the V54 or Venti Retro is attached hereto as Exhibit C.

5          10.    Defendant's manufacture, importation, offer for sale and/or sale of
6    vehicle wheels which embody Plaintiff's original and distinctive NITROUS wheel
7    design has been and is without the consent or authorization of MHT.

8                          **FIRST CLAIM FOR RELIEF**
9                            **(Patent Infringement)**

10         11.    Plaintiff repeats and realleges herein the allegations contained in
11   paragraphs 1 through 10 hereinabove.

12         12.    On information and belief, Defendant, alone or in concert with
13   others, has manufactured, imported, offered for sale, and/or sold and continues to
14   sell in this district and elsewhere in the United States, vehicle wheels which
15   infringe the claim of the '696 Patent.

16         13.    By its aforesaid acts, Defendant has violated 35 U.S.C. § 271 by its
17   direct infringement of the '696 Patent and by its acts of inducing others to infringe
18   the '696 Patent.

19         14.    On information and belief, the acts of infringement of Defendant will
20   continue unless enjoined by this Court.

21         15.    Plaintiff is being damaged by Defendant's infringement of the '696
22   Patent and is being and will continue to be irreparably damaged unless
23   Defendant's infringement is enjoined by this Court.   Plaintiff does not have an
24   adequate remedy at law.

25         16.    On information and belief, Defendant's infringement of the '696
26   Patent is and has been willful.

27
28

CHRISTIE, PARKER & HALE, LLP

-3-

## SECOND CLAIM FOR RELIEF

### (Trade Dress Infringement)

17.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 10 hereinabove.

18.    As a result of the promotion and extensive sales of MHT's NITROUS wheel, the trade and consuming public have come to recognize the trade dress of the NITROUS wheel as designating a single source of origin.

19.    Defendant's use of a wheel design which is a colorable imitation of MHT's NITROUS wheel design is likely to cause confusion that Defendant's wheels are made by, sponsored by, or affiliated with Plaintiff.

20.    On information and belief, Defendant had knowledge of the sales success of MHT's NITROUS wheel and with complete disregard in Plaintiff's rights in the NITROUS wheel's trade dress, copied Plaintiff's trade dress and promoted and sold vehicle wheels bearing a colorable imitation of Plaintiff's trade dress in a manner unfairly competing with Plaintiff.

21.    The above-described acts of Defendant constitute a false designation of origin and trade dress infringement in violation of 15 U.S.C. § 1125(a) in that Defendant has used in connection with its goods a false designation of origin and false description or representation tending to falsely describe or represent the same as originating from Plaintiff and has caused such goods to enter into interstate commerce.

22.    Plaintiff is being damaged and is likely to be damaged in the future by Defendant's acts by reason of the likelihood that purchasers will be confused as to the source, sponsorship, or affiliation of Defendant's goods.

23.    Defendant has unfairly profited from the actions alleged herein and will continue to be unjustly enriched until such conduct is enjoined.

24.    By reason of Defendant's acts alleged herein, Plaintiff has and will continue to suffer damage to its business reputation and goodwill and the loss of

-4-

1  sales and profits Plaintiff would have made but for Defendant's acts.

2      25.    By reason of Defendant's acts alleged herein, plaintiff has suffered

3  and will continue to suffer irreparable harm unless and until Defendant's conduct

4  is enjoined.

5      26.    On information and belief, Defendant's acts alleged herein were and

6  are willful and taken in conscious disregard of Plaintiff's rights.

7  **THIRD CLAIM FOR RELIEF**

8  **(Common Law Unfair Competition)**

9      27.    Plaintiff repeats and realleges paragraphs 1 through 10 and 18

10  through 26 hereinabove.

11      28.    The above-described conduct of Defendant constitutes unfair

12  competition under the common law of the state of California.

13      29.    Because Defendant's acts of trade dress  infringement have been

14  intentional and willful and in conscious disregard of Plaintiff's rights and with an

15  intent to trade on the goodwill of Plaintiff, Plaintiff is entitled to an award of

16  punitive damages.

17      WHEREFORE, Plaintiff demands judgment against Defendant as follows:

18      1.    That this Court adjudge and declare:

19          a.    That it has jurisdiction of the parties and of the subject

20  matter of this action;

21          b.    That United States Patent D455,696 is valid and owned by

22  MHT;

23          c.    That MHT has the exclusive right to use the trade dress of the

24  NITROUS wheel;

25          d.    That Defendant has committed acts of patent infringement and

26  trade dress infringement by its manufacture, importation, offer for sale

27  and/or sale of vehicle wheels having a design that is a colorable imitation

28  of Plaintiff's NITROUS wheel design; and

-5-

e.     That Defendant has committed acts of unfair competition by its acts of trade dress infringement.

3.     That Defendant be required by mandatory injunction to deliver up to MHT for destruction any and all wheels in Defendant's possession, custody or control embodying unauthorized use of the design shown in United States Patent No. 455,696 or MHT's NITROUS wheel design as well as any promotional literature and packaging which display in infringing wheel design;

4.     That Plaintiff be awarded damages covered by the acts of patent infringement of Defendant in an amount not less that a reasonable royalty pursuant to 25 U.S.C. 284 or in an amount equal to Defendant's profits pursuant to 35 U.S.C. § 289, whichever is greater and that such damages be trebled in accordance with the provisions of 35 U.S.C. § 284;

5.     That Defendant pay to Plaintiff all profits which it has received from sale of the infringing wheels during the period of the infringement of plaintiff's trade dress, and that such damages be trebled in accordance with the provisions of 15 U.S.C. § 1117;

6.     That Defendant pay Plaintiff punitive damages;

7.     That Defendant pay Plaintiff prejudgment interest on all infringement damages;

8.     That Plaintiff have and recover its costs in this action, including attorney's fees; and

9.     That Plaintiff have such other or further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes demand for a jury trial of this action.

-6-

1

2              Respectfully submitted,

3              CHRISTIE, PARKER & HALE, LLP

4

5    DATED:  March 25, 2008          By

6                                    Edward R. Schwartz
                                     Attorneys for Plaintiffs,
7                                    Mobile Hi-Tech Wheels and
                                     Douglas S. Foose

8

9    BLV PAS751138.1-*-03/25/08 1:53 PM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

# NITROUS



Part # : F117
Brand : Foose
Sizes : 22x9.5, 22x10.5, 20x8.5,
        20x10, 18x8.5, 18x8,
        18x10, 17x8.5
Wheel Close-Up
Technical Specifications

Gallery
2007 Saturn Sky
2007 Saturn Sky
2006 Chrysler 300
2006 Dodge Magnum
2005 Dodge Magnum
2005 Ford Mustang
2005 Ford Mustang GT
1984 Chevrolet Truck
1982 Chevrolet Truck
1977 Chevrolet Corvette Stingray
1971 Chevrolet Chevelle SS
1970 Dodge Hemi Challenger
1970 Pontiac GTO
1969 Chevrolet El Camino
1969 Plymouth GTX
1968 Oldsmobile Cutlass 442
Chevrolet Box

Car Chrome-1pc

US Patent D455,696

**EXHIBIT A**
**Page 8**

EXHIBIT B

US00D455696S

## (12) United States Design Patent

(10) Patent No.:        **US D455,696 S**

Foose

(45) Date of Patent:        ** **Apr. 16, 2002**

(54) **VEHICLE-WHEEL FRONT FACE**

(75) Inventor:    **Douglas S. Foose**, Tustin, CA (US)

(73) Assignee:    **Mobile Hi-Tech Wheels**, Torrance, CA (US)

(**) Term:    **14 Years**

(21) Appl. No.:    **29/139,661**

(22) Filed:    **Apr. 4, 2001**

(51) **LOC (7) Cl.** ................................................. **12-16**

(52) **U.S. Cl.** ...................................................... **D12/209**

(58) **Field of Search** ................................ D12/204–211; 301/37.1, 64.1, 65

(56)    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D396,839 S | * | 8/1998 | Cullen | D12/211 |
| D412,693 S | * | 8/1999 | Kulla | D12/211 |
| D431,807 S | * | 10/2000 | Fitzgerald | D12/211 |
| D435,005 S | * | 12/2000 | Chung | D12/209 |
| D436,070 S | * | 1/2001 | Lee | D12/211 |
| D438,834 S | * | 3/2001 | Ong | D12/211 |
| D442,535 S | * | 5/2001 | Lotson | D12/209 |
| D444,439 S | * | 7/2001 | Cullen | D12/211 |
| D446,180 S | * | 8/2001 | Sulahian et al. | D12/211 |
| D449,811 S | * | 10/2001 | Fitzgerald | D12/211 |

* cited by examiner

*Primary Examiner*—Stacia Cadmus

(74) *Attorney, Agent, or Firm*—Christie, Parker & Hale, LLP

(57)    **CLAIM**

The ornamental design for a vehicle-wheel front face, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a vehicle-wheel front face according to my new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a side elevational view thereof; and,

FIG. 4 is a front view of a second embodiment of the design of FIG. 1, the sole difference being the wheel having five spokes instead of a six spokes as shown in FIGS. 1–3.

Portions of the wheel depicted in broken line are for illustrative purposes only, and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**         Apr. 16, 2002         Sheet 1 of 4         **US D455,696 S**

*FIG. 1*



*FIG.2*



**U.S. Patent**      Apr. 16, 2002      Sheet 3 of 4      **US D455,696 S**

# FIG.3



*FIG.4*



EXHIBIT C



**EXHIBIT C**
**Page 14**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV08- 332 DOC (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.